115 Broadway, Suite 1704  
New York, NY 10006  
212.264.9940  
Fax 212.898.1187  
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

August 28, 2020

Hon. Cathy Seibel  
United States District Judge  
Southern District of New York  
300 Quarropus Street  
White Plains, NY 10601  
**By ECF and email**

> Francis O'Reilly is hereby appointed as CJA counsel for Mr. Falls. Mr. Checkman is relieved, except he may of course coordinate with Mr. O'Reilly to ensure a smooth transition.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
> 8/31/20

Re: United States v. Laquan Falls,
    S6 16 Cr. 361 (CS)

Dear Judge Seibel:

On this date I conducted a video conference with Laquan Falls who is housed at the Westchester County Correctional Facility in Valhalla. During that conversation it became obvious to counsel that Mr. Falls no longer trusted me to represent him on the above-referenced Violation of Supervised Release.

Mr. Falls has specifically requested that I ask the Court to appoint a new lawyer to represent him on this case. Because, in counsel's opinion, our relationship has broken down to the point where Mr. Falls is unable to consult with counsel in a meaningful way, and would be prejudiced by my continued representation, I respectfully ask this Court to appoint a new CJA counsel to represent Mr. Falls, and that this appointment be made as soon as possible so that Mr. Falls is prepared to proceed at the hearing that is currently scheduled for September 24th at 9:30 a.m.

Of course, I will immediately provide all information, documents and evidence in my possession to successor counsel, and I will remain available to speak with successor counsel in advance so that he or she will be able to proceed without further delay.

Hon. Cathy Seibel
August 28, 2020
Page 2

    I thank the Court for considering this application.

                          Very truly yours,

                          Neil B. Checkman

/NBC
cc: Mr. Laquan Falls (By regular mail)[1]
    A.U.S.A.s Jackie Kelly and Maurene Comey (By email and ECF)

---

[1] As stated in the body of the letter, Mr. Falls knows of this application and has directed counsel to make this application.